**No. 39603.**—Protests 484197–G, etc., of Charles Bruning Co. (New York).

Opinion by DALLINGER, J. On the authority of Abstract 37254 the developing machines in question were held dutiable at 27½ percent under paragraph 372 as claimed.

**No. 39604.**—Protests 698285–G, etc., of Abraham & Straus, Inc., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers, photo frames, and containers, articles chiefly used in the household for utilitarian purposes or hollow ware. The claim at 40 percent under paragraph 339 was sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.

**No. 39605.**—Protests 837772–G, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bookends, letter openers, trivets, and fire screens chiefly used in the household for utilitarian purposes or hollow ware. The claim at 40 percent under paragraph 339 was sustained on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), and Abstract 37730.

BEFORE THE SECOND DIVISION, OCTOBER 14, 1938

**No. 39606.**—Protests 491001–G, etc., of J. H. Thorp & Co., Inc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 39607.**—Protests 496025–G, etc., of Wm. Liddell Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 39608.**—Protests 497984–G, etc., of Paragon Art Linen Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.